UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON FAVOR,<br><br>              Plaintiff,<br><br>     v.<br><br>S. VILLEGAS, et al.,<br><br>              Defendants. | Case No.: 1:24-cv-0610 JLT SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE WITHIN 30 DAYS<br><br>(Doc. 7) |

Brandon Favor seeks to proceed *in forma pauperis* in this action, in which he asserts the defendants are liable for violations of his civil rights. (Docs. 1, 2.) The magistrate judge found Plaintiff reported significant income and assets—including $500,000 in cash—and did not satisfy the requirements of 28 U.S.C. § 1915(a)(1). (Doc. 7 at 1-2.) In addition, the magistrate judge found Plaintiff "not entitled to proceed without prepayment of fees because he has accrued three or more 'strikes' under section 28 U.S.C. § 1915." (*Id.* at 1.) Specifically, the magistrate judge found the following cases qualify as a strike under 28 U.S.C. § 1915(g):

1. *Favor-El v. Rome*, Case No. 1:15-cv-01865-LJO-EPG (E.D. Cal.) (dismissed for failure to state a claim on November 22, 2016);

2. *Favor v. State of California*, Case No. 2:16-cv-02870-JGB-JEM (C.D. Cal.) (dismissed as frivolous, malicious, and for failure to state a claim on May 2, 2016);

3. *Favor-El v. United States of America*, Case No. 2:15-cv-01448-GEB-AC (E.D. Cal.) (dismissed as frivolous on October 22, 2015); and

    4. *Favor-El v. Rihanna*, Case No. 2:15-cv-09502-JGB-JEM (C.D. Cal.) (dismissed as frivolous, malicious, and for failure to state a claim on December 16, 2015).

(*Id.* at 3.) Finally, the magistrate judge determined Plaintiff does "not qualify for the imminent danger exception." (*Id.* at 1; *id.* at 4.) Thus, the magistrate judge recommended Plaintiff's application to proceed in forma pauperis be denied. (*Id.* at 4.)

Plaintiff filed timely objections to the Findings and Recommendations. (Doc. 10.) However, Plaintiff does not respond to the determination that he reported significant income and assets. (*Id.* at 1-6.) In addition, Plaintiff does not dispute the findings that the four identified cases which qualify as strikes under Section 1915. Finally, Plaintiff does not identify facts showing he is in "imminent danger of physical injury that is both fairly traceable to unlawful conduct alleged in his complaint and redressable by the court," as required to proceed under the exception to Section 1915. *See Ray v. Lara*, 31 F.4th 692, 701 (9th Cir. 2022).

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, including Plaintiff's objections, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

    1. The Findings and Recommendations (Doc. 7) are **ADOPTED** in full.

    2. Plaintiff's application to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

    3. Within 30 days from the date of service of this order, Plaintiff **SHALL** pay in full the $405.00 filing fee if he wishes to proceed with this action.

**<u>Plaintiff is advised that failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice.</u>**

IT IS SO ORDERED.

Dated: __**July 2, 2024**__

                                                                                             UNITED STATES DISTRICT JUDGE